**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-15664 TBM |
| Future Legends, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |

**JACO GENERAL CONTRACTOR, INC.'S JOINDER TO EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Creditor Jaco General Contractor, Inc. ("Jaco"), through undersigned counsel, submits this Joinder to U.S. Eagle Federal Credit Union's ("U.S. Eagle") Expedited Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion") (Dkt. 34). In support thereof, Jaco states as follows:

1. Jaco is a party in interest in this bankruptcy case and has an interest in the property and/or claims that are the subject of the Motion.

2. Jaco incorporates by reference the factual allegations and legal arguments set forth in the Motion to the extent applicable to Jaco.

3. Jaco agrees that cause exists for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), particularly because the court in the State Court Litigation (as defined in the Motion) has been engrossed in the factual background for years, is poised to make determinations that will constitute a complete resolution of outstanding issues between the parties, and will assist, rather than interfere with, this Court's ability to resolve this case.

4. Continuation of the automatic stay will prejudice Jaco's rights and interests by delaying resolution of the issues between Jaco and the Future Legends entities in the State Court Litigation.

5. Like U.S. Eagle, Jaco does not at this time request relief from the automatic stay to enforce any judgment; only to liquidate its claims.

6. Accordingly, Jaco respectfully requests the Court grant the Motion and enter an order modifying the automatic stay, as requested in the Motion, with respect to all parties involved in the State Court Litigation, and grant such other and further relief as the Court deems just and proper.

WHEREFORE, Jaco hereby joins the Motion and respectfully requests the Court grant the Motion for Relief from the Automatic Stay and provide such other and further relief as the Court deems appropriate.

Respectfully submitted: August 14, 2026

BERG HILL GREENLEAF RUSCITTI LLP

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf & Ruscitti LLP]*

*s/ Shane P. O'Connor*
Jack Storti, Attorney Reg. #40409
Shane O'Connor, Attorney Reg #54127
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jps@bhgrlaw.com;
shane.oconnor@bhgrlaw.com
*Attorneys for Debtor Future Legends, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing **JACO GENERAL CONTRACTOR, INC.'S JOINDER TO EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)** was served via CM/ECF e-mail to all counsel of record.

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf & Ruscitti LLP]*

*s/ Shane P. O'Connor*