**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Future Legends, LLC,<br>Debtors. | Chapter 11<br><br>Case No. 26-15664-TBM |

# LIST OF EQUITY SECURITY HOLDERS

**CERTIFICATE OF SERVICE**

I hereby certify that August 17, 2026, the foregoing was served via CM/ECF on counsel of record.

*Isl Shant L. Vayvayan*

*Shant L. Vayvayan*

**Equity Holder List:** **Future Legends LLC,**
**a Nevada limited liability company**

| **Name** <br> **(Shareholder, Partner, Member and Manager)** | **Nature of Ownership Interest** | **% Interest** | **Domicile** |
|---|---|---|---|
| | | | |
| Katofsky Family Trust | Member | 68.45% | CA |
| William Moreland | Member | .534% | CO |
| Brian Fuentes | Member | .37% | CO |
| Casey Katofsky | Member | 9.9% | CA |
| Jake Katofsky | Member | 9.9% | CA |
| Ryan Spilborghs | Member | 5% | CO |
| Carlos Gonzalez | Member | .534% | FL |
| Farzam Sabouhi | Member | 2.5% | CA |
| Loveland Robotics LLC | Member | 1.125% | CO |
| Stusyl, LLC | Member | .375% | CO |
| Emily Kupek | Member | .178% | CO |
| T & K Family Office, LLC, Torii Hunter, Trustee | Member | .25% | TX |
| Brian Aguilar | Member | .09% | CO |
| Garrett Atkins | Member | .294% | CA |
| Mike Tollin | Member | .5% | CA |