**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FUTURE LEGENDS, INC | ) | Case No. 26-15664-TBM |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

---

## U.S. EAGLE FEDERAL CREDIT UNION'S LIST OF WITNESSES AND EXHIBITS

---

U.S. Eagle Federal Credit Union by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the Relief From Stay hearing to be held on August 20, 2026, before the Honorable Judge Thomas B. McNamara.

### WITNESSES

U.S. Eagle Federal Credit Union will call the following witnesses:

1. Jeff Katofsky, principal of the Debtor.

U.S. Eagle Federal Credit Union may call the following witnesses:

1. Any witness listed by the Debtor, or any other party.
2. Any witness necessary for rebuttal or impeachment purposes.

### EXHIBITS

U.S. Eagle Federal Credit Union may offer as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated: August 19, 2026.

Respectfully submitted,

**SPENCER FANE LLP**

By: */s/ David M. Miller*

David M. Miller, #17915
1700 Lincoln St., Suite 2000
Denver, CO 80203
Ph. (303) 839-3800
Fax (303) 839-3838
e-mail: dmiller@spencerfane.com

*ATTORNEY FOR U.S. EAGLE FEDERAL CREDIT UNION*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2026, and I electronically filed the foregoing with the United States Bankruptcy Court District of Colorado by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jessica Kallweit*
Jessica Kallweit, Legal Assistant

**ATTACHMENT 1**

**EXHIBITS FOR STAY RELIEF HEARING**

Submitted by: **U.S. EAGLE FEDERAL CREDIT UNION**

In connection with: August 20, 2026 Stay Relief Hearing

| Exh. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Omnibus Answer | | | |
| 2 | Order Appointing Receiver | | | |
| 3 | Third Report of Receiver - June 20, 2025 | | | |
| 4 | Case Management Order | | | |
| 5 | Notice of Dismissal | | | |
| 6 | Order Granting Motion to Withdraw | | | |
| 7 | Jaco Motion for Sanctions | | | |
| 8 | Joinder in Jaco's Motion for Sanctions | | | |
| 9 | U.S. Eagle Federal Credit Union's Motion for Partial Summary Judgment | | | |
| 10 | Order-Suggestion for Bankruptcy | | | |
| 11 | Chart of Mechanic's Liens | | | |
| 12 | Transcript of Oral Ruling dated April 11, 2025; In re Future Legends V, LLC; Case No. 24-51031-hlb | | | |
| 13 | Mechanics Lien Statements | | | |
| 14 | May 23, 2025 Memorandum Opinion and Order Remanding Case to Weld County District Court; Civil Action No. 24-cv-03338-NYW-TPO | | | |
| 15 | Supplemental Declaration of jeff Katofsky Regarding Funds In Support of Debtor's Opposition to Jaco General Contractor, Inc.'s Motion to Dismiss Chapter 11 Case With Prejudice Under 11 U.S.C. §§ 349(a) and 1112(b) | | | |
| 16 | Schedule D | | | |
| 17 | Schedule D; In re Future Legends V, LLC ; Case No. 24-51031-hlb | | | |
| 18 | April 21, 2026 Order Denying Jeff Katofsky's Motion for Pro Hac Vice Admission | | | |
| 19 | Jeff Katofsky Personal Guarantees | | | |

| Exh. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 20 | Katofsky Family Trust Personal Guarantees executed by Jeff Katofsky as Trustee | | | |