**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Future Legends, LLC, | ) | Case No. 26-15664-TBM |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

---

**JACO GENERAL CONTRACTOR, INC.'S LIST OF WITNESSES AND EXHIBITS**

---

Jaco General Contractor, Inc., by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the Relief From Stay hearing to be held on August 20, 2026, before the Honorable Judge Thomas B. McNamara.

**WITNESSES**

Jaco General Contractor may call the following witnesses:

1. John Walker, President of Jaco General Contractor.

2. Any witness listed by the Debtor, or any other party.

3. Any witness necessary for rebuttal or impeachment purposes.

**EXHIBITS**

Jaco General Contractor may offer as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein. Jaco may also offer exhibits identified in US Eagle Federal Credit Union's List of Exhibits, and any other exhibit identified by Debtor, or any other party.

Dated: August 19, 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf & Ruscitti LLP]*

*s/ Jack P. Storti*
Jack P. Storti, Attorney Reg #40409
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jps@bhgrlaw.com
*Attorneys for Creditor Jaco General Contractor, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 19, 2026, and I electronically filed the foregoing with the United States Bankruptcy Court District of Colorado by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Jack P. Storti*__________________