# ATTACHMENT 1

**EXHIBITS FOR STAY RELIEF HEARING**

**Submitted by: JACO GENERAL CONTRACTOR, INC.**

**In connection with: August 20, 2026 Stay Relief Hearing**

| Exh. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Statement of Mechanic's Lien (Jaco) recorded February 2, 2024 | | | |
| 2 | Statement of Mechanic's Lien (Jaco), recorded December 26, 2024 | | | |
| 3 | Jaco General Contractor, Inc.'s Motion for Partial Summary Judgment filed July 7, 2026 | | | |