**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Future Legends, LLC,<br>Debtor. | Chapter 11<br><br>Case No. 26-15664-TBM |

**FUTURE LEGENDS PARTIES' LIST OF WITNESSES AND EXHIBITS**

Debtor in opposition to U.S. Eagle's motion by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the Relief from Stay hearing to be held on August 20, 2026, before the Honorable Judge Thomas B. McNamara.

**WITNESSES**

Debtor will call the following witnesses:

1. Jeff Katofsky, principal of Debtor.
2. Greg Barrow, General Capital Partners.
3. Any witness necessary for rebuttal of impeachment purposes.

**EXHIBITS**

Debtor may offer as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Date: August 19, 2026

Respectfully submitted,

Jeff Katofsky, Esq., (Cal Bar ID 138773)
KATOFSKY LAW
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403
T: 818-990-1475
F: 818-990-1477
jeff@katofskylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that August 19, 2026, the foregoing was served via CM/ECF on counsel of record.

*Shant L. Vayvayan*

## ATTACHMENT 1

**EXHIBITS FOR STAY RELIEF HEARING**

Submitted by: **DEBTOR**

In connection with: August 20, 2026 Stay Relief Hearing

| Exh. | Description | Offered (Yes/No) | Admitted | Additional Comments |
|---|---|---|---|---|
| 1 | Dome Appraisal | | | |
| 2 | Field Appraisal | | | |
| 3 | Stadium Appraisal | | | |
| 4 | Dormitory Appraisal | | | |
| 5 | Hotel Appraisal | | | |