**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Future Legends, LLC,<br>Debtors. | Chapter 11<br><br>Case No. 26-15664-TBM |

## Amended LIST OF EQUITY SECURITY HOLDERS

**CERTIFICATE OF SERVICE**

I hereby certify that August 17, 2026, the foregoing was served via CM/ECF on counsel of record.

*/s/ Shant L. Vayvayan*

*Shant L. Vayvayan*

**Your Ownership Structure:** **Future Legends LLC, a Nevada limited liability company**

| Name (Shareholder, Partner, Member and Manager) | Nature of Ownership Interest | Domicile | % Interest |
|---|---|---|---|
| Katofsky Family Trust<br>4558 Sherman Oaks Ave<br>Sherman Oaks CA 91403 | Member | CA | 68.45% |
| William Moreland<br>1655 E Layton Dr<br>Englewood CO 80113 | Member | CO | .534% |
| Brian Fuentes<br>1371 E Estancia Dr<br>Merced CA 95340 | Member | CO | .37% |
| Casey Katofsky<br>4558 Sherman Oaks Ave<br>Sherman Oaks CA 91403 | Member | CA | 9.9% |
| Jake Katofsky<br>4558 Sherman Oaks Ave<br>Sherman Oaks CA 91403 | Member | CA | 9.9% |
| Ryan Spilborghs<br>8389 Stoll Place<br>Denver CO 80238 | Member | CO | 5% |
| Carlos Gonzalez<br>18555 Collins Ave #201<br>Sunny Isles Beach FL 33160 | Member | FL | .534% |
| Farzam Sabouhi<br>10761 Ashton Ave #3<br>LA CA 90026 | Member | CA | 2.5% |
| Loveland Robotics LLC<br>3404 S Country Road #23<br>Loveland CO 80537 | Member | CO | 1.125% |

| | | | |
|---|---|---|---|
| Stusyl, LLC<br>5833 Big Canyon Drive<br>Fort Collins Co 80528 | Member | CO | .375% |
| Emily Kupec<br>120 S Sherwood St<br>Fort Collins CO 80521 | Member | CO | .178% |
| T & K Family Office, LLC, Torii Hunter, Trustee<br>PO Box 1357<br>Prosper TX 75078 | Member | TX | .25% |
| Brian Aguilar<br>37158 Dickerson Run<br>Severance Co 80550 | Member | CO | .09% |
| Garrett Atkins<br>323 Paragon Way<br>Castle Rock CO 80108 | Member | CA | .294% |
| Mike Tollin<br>14469 Greenleaf St<br>Sherman Oaks CA 91403 | Member | CA | .5% |