*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

***Minutes of Proceeding/Minute Order***

Date: August 20, 2026

**Honorable Thomas B. McNamara, Presiding**
Lawrence T. Oberemok, Law Clerk

In re: Future Legends, LLC,
Debtor.

Case No. 26-15664-TBM
Chapter 11

| | Appearances | | |
|---|---|---|---|
| U.S. Trustee | | Counsel | |
| Debtor | **Future Legends, LLC** | Counsel | **Jeff Katofsky** |
| Creditor | **U.S. Eagle Federal Credit Union** | Counsel | **David M. Miller** |
| Creditor | **State Court Receiver** | Counsel | **Matthew Faga** |
| Creditor | **Jaco General Contractor, Inc.** | Counsel | **John P. Storti** |
| Creditor | **Ignite Funding, LLC** | Counsel | **J. Seth Moore** |

Proceedings: Hearing on “Expedited Motion for Relief from the Automatic Stay Pursuant To 11 U.S.C. § 362(d)” (Docket No. 31, the “Motion for Relief from Stay”) filed by U.S. Eagle Federal Credit Union (“U.S. Eagle”) and the Response (Docket No. 48 the “Response”) filed by Future Legends, LLC (the “Debtor”) and the Joinder to the Motion for Relief from Stay (Docket No. 56, the “Joinder”) filed by Jaco General Contractor, Inc (“Jaco”).

☒ Counsel for the Debtor, State Court Receiver, U.S. Eagle, Jaco, and Ignite Funding, LLC entered their appearances on the record.

☒ The Court discussed the procedural history of the Motion for Relief from Stay.

☒ Counsel for U.S. Eagle made his evidentiary proffer in support of the Motion for Relief from Stay.

☒ Counsel for Jaco made his evidentiary proffer in support of the Motion for Relief from Stay.

☒ Counsel for the Debtor stated that he does not object to any of the exhibits offered by Jaco and U.S. Eagle. Counsel for the Debtor made his evidentiary proffer against the Motion for Relief from Stay.

☒ Counsel for U.S. Eagle objected to the exhibits and proffers offered by Counsel for the Debtor. Counsel for Jaco endorsed the evidentiary objections made by Counsel for U.S. Eagle.

☒ The Court reserved ruling on such evidentiary objections.

☒ Counsel for U.S. Eagle provided legal argument in support of the Motion for Relief from Stay. Counsel for U.S. Eagle withdrew the Motion for Relief from Stay after questions from the Court.

☒ The Court advised the Debtor to retain competent bankruptcy counsel immediately.

Orders:

☒ The Debtor withdrew the Motion for Relief from Stay without prejudice. The Court APPROVED such withdrawal without prejudice. The Court took no further action on the Motion for Relief from Stay.

---

Date: August 20, 2026

IT IS SO ORDERED:

Thomas B. McNamara

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: ______________________

Lawrence T. Oberemok, Law Clerk