**Fill in this information to identify the case:**

Debtor name Future Legends, LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known): 26-15664-TBM

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/25 (MM / DD / YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | $16,666.03 |
| **For prior year:** | From 1/1/25 (MM / DD / YYYY) | to 12/31/25 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $1,001,164 |
| **For the year before that:** | From 1/1/24 (MM / DD / YYYY) | to 12/31/24 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $768,755 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ______ (MM / DD / YYYY) | to Filing date | | $ |
| **For prior year:** | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | | $ |

Debtor Future Legends, LLC
Name

Case number (if known) 26-15664-TBM

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | see attached<br>Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | see attached<br>Case number | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number | | Court or agency's name and address<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Future Legends, LLC
Name

Case number (if known) 26-15664-TBM

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Custodian's name and address**

Custodian's name

Street

City State ZIP Code

**Description of the property**

**Case title**

**Case number**

**Date of order or assignment**

**Value**

$

**Court name and address**

Name

Street

City State ZIP Code

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Future Legends, LLC
Name

Case number (if known) 26-15664-TBM

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $ |

Address

Street

City State ZIP Code

Email or website address

Who made the payment, if not debtor?

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

Address

Street

City State ZIP Code

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |

Trustee

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | **Who received transfer?** | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br>City State ZIP Code | From ____ To ____ |
| 14.2. | Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. ______

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan** ______

**Employer identification number of the plan**

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor Future Legends, LLC Case number (if known) 26-15664-TBM

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America | XXXX–____ | ☒ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | August 2026 | $ -1,400 |
| 18.2. | Alpine Bank | XXXX–____ | ☒ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | | $ 6.76 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Receiver has possession | Address | | ☐ No ☐ Yes |

Debtor Future Legends, LLC — Case number (if known) 26-15664-TBM

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Scenic Bison of Constantinople, Inc<br>4558 Sherman Oaks Ave, Sherman Oaks CA 91403 | 801 Diamond Valley Dr<br>Windsor CO 80550 | construction equip and vehicles | $ 150,000 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending ☐ On appeal ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |

Debtor Future Legends, LLC
Name

Case number (if known) 26-15664-TBM

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

**Name and address** | **Dates of service**

26a.1. Name: ______ From ______ To ______
Street
City State ZIP Code

**Name and address** | **Dates of service**

26a.2. Name: ______ From ______ To ______
Street
City State ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address** | **Dates of service**

26b.1. Adrian Stern
Name
17404 Ventura Blvd, Second Fl
Street
Encino CA 91316
City State ZIP Code

From ______ To ______

**Name and address** | **Dates of service**

26b.2. Name: ______ From ______ To ______
Street
City State ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

**Name and address** | **If any books of account and records are unavailable, explain why**

26c.1. Name
Street
City State ZIP Code

**Name and address** | **If any books of account and records are unavailable, explain why**

26c.2. ______
Name
______
Street
______
______
City State ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1. ______
Name
______
Street
______
______
City State ZIP Code

**Name and address**

26d.2. ______
Name
______
Street
______
______
City State ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1. ______
Name
______
Street
______
______
City State ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.

Name

Street

City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| jeff katofsky | 4558 Sherman Oaks Ave, Sherman Oaks CA 91403 | manager | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |

Street

City State ZIP Code

**Relationship to debtor**

Debtor Future Legends, LLC
Name

Case number (if known) 26-15664-TBM

**Name and address of recipient**

30.2 ______
Name
______
Street
______
______
City State ZIP Code

**Relationship to debtor**

______

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

**Name of the parent corporation**: Future Legends, LLC

**Employer Identification number of the parent corporation**: EIN: 84 - 1895040

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

**Name of the pension fund**: ______

**Employer Identification number of the pension fund**: EIN: __ __ - __ __ __ __ __ __ __

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 18 August 2026
MM / DD / YYYY

✘ ______
Signature of individual signing on behalf of the debtor

Printed name Jeff Katofsky

Position or relationship to debtor manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☐ No
- ☒ Yes

9:26 AM
08/17/26
Accrual Basis

# FUTURE LEGENDS, LLC
## General Ledger
### As of July 31, 2026

| | Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|---|
| 10005 · Bank of America *4836 | | | | | | | |
| | General Journal | 05/01/2026 | FJ2024-200 | | | 66710 · Legal Fees | 0.00 |
| | General Journal | 05/01/2026 | FJ2024-257 | | | credit processing fee | -67.90 |
| | Check | 05/03/2026 | 14716 | The Tipton Law Firm, P.C. | Inv# FL2502 | 66710 · Legal Fees | -2,270.00 |
| | Check | 05/03/2026 | 14717 | Town of Windsor-Utility | Acct#042301-000 | 68600 · Utilities | -380.46 |
| | Check | 05/03/2026 | 14718 | Town of Windsor-Utility | Acct#042301-002 | 68600 · Utilities | -459.20 |
| | Check | 05/03/2026 | 14719 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302282053 | 14100 · Capitalized Costs - Building | -182.66 |
| | Check | 05/03/2026 | 14720 | Williams Scotsman, Inc | VOID: Cust#10537147 \Inv# 9025990400 | 62550 · Equipment rental | 0.00 |
| | Check | 05/03/2026 | 14721 | Vulcan Fire | Inv# s12472185 | 63301 · Commercial Package | -80.00 |
| | Check | 05/03/2026 | 14722 | price productions | broadcast | 64815 · Photography | -1,100.00 |
| | General Journal | 05/04/2026 | FJ2024-201 | | | 66710 · Legal Fees | 0.00 |
| | Deposit | 05/04/2026 | | | Deposit | 42405 · Rent income | 4,728.50 |
| | General Journal | 05/04/2026 | FJ2024-258 | | | 66710 · Legal Fees | -1,000.00 |
| | General Journal | 05/04/2026 | FJ2024-259 | | | credit processing fee | -40.00 |
| | Deposit | 05/08/2026 | | | Deposit | 42405 · Rent income | 224.03 |
| | Check | 05/12/2026 | 14723 | Comcast - 3432 | Acct#8497700750693432\ april 30 to may 29 | 68600 · Utilities | -593.78 |
| | Check | 05/12/2026 | 14724 | Xcel Energy | 975306505 | 68600 · Utilities | -203.82 |
| | Check | 05/12/2026 | 14725 | Xcel Energy | 975929203 | 68600 · Utilities | -803.45 |
| | Check | 05/12/2026 | 14726 | Xcel Energy | 975947648 | 68600 · Utilities | -705.04 |
| | Check | 05/12/2026 | 14727 | Xcel Energy | 975936218 | 68600 · Utilities | -64.69 |
| | Check | 05/12/2026 | 14728 | BMO Bank N.A. | 4409 | 64700 · Miscellaneous Expense | -237.64 |
| | Check | 05/12/2026 | 14729 | BMO Bank N.A. | 0914 | 64700 · Miscellaneous Expense | -4,721.28 |
| | Check | 05/12/2026 | 14730 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302294978 | 14100 · Capitalized Costs - Building | -181.14 |
| | Check | 05/12/2026 | 14731 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302294976 | 14100 · Capitalized Costs - Building | -181.14 |
| | Check | 05/12/2026 | 14732 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302287823 | 14100 · Capitalized Costs - Building | -181.99 |
| | Check | 05/12/2026 | 14733 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302287858 | 14100 · Capitalized Costs - Building | -154.11 |
| | Check | 05/12/2026 | 14734 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302300426 | 14100 · Capitalized Costs - Building | -154.11 |
| | Check | 05/12/2026 | 14735 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302292311 | 14100 · Capitalized Costs - Building | -182.96 |
| | Check | 05/12/2026 | 14736 | Habib Bokhari/Lufkin Mgt, LLC | VOID: Rent - july to dec 26 | -SPLIT- | 0.00 |
| | Check | 05/12/2026 | 14737 | Roman Avila | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -561.86 |
| | Check | 05/12/2026 | 14738 | Davian Breese | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -1,380.18 |
| | Deposit | 05/14/2026 | | | Deposit | 24200 · Katofsky loan | 30,000.00 |
| | Check | 05/15/2026 | 14739 | Kelly Brown | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -1,723.79 |
| | Check | 05/15/2026 | 14740 | Christopher Carmon | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -116.13 |
| | Check | 05/15/2026 | 14741 | Colin Falvey | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -3,140.35 |
| | Check | 05/15/2026 | 14742 | Jason Ficca | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -5,792.19 |
| | Check | 05/15/2026 | 14743 | Jordan Freemyer | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -900.06 |
| | Check | 05/15/2026 | 14744 | Adrian J. Garcia Clark | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -1,237.74 |
| | Check | 05/15/2026 | 14745 | Bernard Issa | Pay Period 04/25/26 - 5/9/26 | 66000 · Payroll | -4,134.65 |
| | Check | 05/15/2026 | 14746 | Cassandra Jahn | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -2,834.54 |
| | Check | 05/15/2026 | 14747 | Jonathan Jerome | Pay Period 04/25/26 - 5/9/26 | 66000 · Payroll | -1,256.82 |
| | Check | 05/15/2026 | 14748 | Mason Martinez | Pay Period 04/25/26 - 5/9/26 | 66000 · Payroll | -578.56 |
| | Check | 05/15/2026 | 14749 | Valentino Miranda | Pay Period: 04/25/26 - 5/9/26 | 66000 · Payroll | -1,881.26 |
| | Check | 05/15/2026 | 14750 | Jeffrey F. Potts | Pay Period: 04/25/26 - 05/09/26 | 66000 · Payroll | -1,410.20 |
| | Check | 05/15/2026 | 14751 | Orheta Rice | Pay Period. 04/25/26 - 05/09/26 | 66000 · Payroll | -2,460.56 |
| | Check | 05/15/2026 | 14752 | William Steinwart | 04/25/26 - 05/09/26 | 66000 · Payroll | -572.42 |
| | Check | 05/15/2026 | 14753 | Fabian L. Villegas | Pay Period. 04/25/26 - 05/09/26 | 66000 · Payroll | -482.50 |
| | Deposit | 05/19/2026 | | | Deposit | 24200 · Katofsky loan | 5,000.00 |
| | General Journal | 05/21/2026 | FJ2024-202 | | | 64900 · Office Supplies | -400.00 |
| | Deposit | 05/22/2026 | | | Deposit | 24200 Katofsky loan | 1,500.00 |
| | Check | 05/23/2026 | 14754 | Miller Cohen Peterson Young PC | VOID: sisu v FL – Settled in full | Settlement Payment | 0.00 |

9:26 AM
08/17/26
Accrual Basis

# FUTURE LEGENDS, LLC
## General Ledger
As of July 31, 2026

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 05/23/2026 | 14755 | Checkmark Commercial Cleaning | VOID: Inv# 26362 | 61500 · Cleaning | 0.00 |
| Check | 05/23/2026 | 14756 | Town of Windsor-Utility | VOID: Acct#042301-000 | 68600 · Utilities | 0.00 |
| Check | 05/23/2026 | 14757 | Town of Windsor-Utility | VOID: Acct#042301-002 | 68600 · Utilities | 0.00 |
| Check | 05/23/2026 | 14758 | Williams Scotsman, Inc | VOID: Cust#10537147 \Inv# 9026178894 | 62550 · Equipment rental | 0.00 |
| Check | 05/23/2026 | 14759 | Southwest Mobile Storage Inc | VOID: Cust ID# C35427 \ Inv# RI1456999 | 67300 · Storage | 0.00 |
| Check | 05/23/2026 | 14760 | Xcel Energy | VOID: 53-0013475534 6 | 68600 · Utilities | 0.00 |
| Check | 05/23/2026 | 14761 | First Wall Street Capital | VOID: | 66720 · Consulting | 0.00 |
| Deposit | 05/26/2026 | | | Deposit | 24200 · Katofsky loan | 20,000.00 |
| Check | 05/27/2026 | 14762 | Roman Avila | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -271.95 |
| Check | 05/27/2026 | 14763 | Davian Breese | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -1,117.49 |
| Check | 05/27/2026 | 14764 | Kelly Brown | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -1,723.79 |
| Check | 05/27/2026 | 14765 | Christopher Carmon | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -115.81 |
| Check | 05/27/2026 | 14766 | Colin Falvey | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -2,697.90 |
| Check | 05/27/2026 | 14767 | Jason Ficca | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -5,792.19 |
| Check | 05/27/2026 | 14768 | Jordan Freemyer | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -911.85 |
| Check | 05/27/2026 | 14769 | Adrian J. Garcia Clark | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -1,278.62 |
| Check | 05/27/2026 | 14770 | Allyn Herrington | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -120.42 |
| Check | 05/27/2026 | 14771 | Bernard Issa | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -4,134.65 |
| Check | 05/27/2026 | 14772 | Cassandra Jahn | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -2,834.55 |
| Check | 05/27/2026 | 14773 | Jonathan Jerome | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -1,352.84 |
| Check | 05/27/2026 | 14774 | Mason Martinez | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -742.36 |
| Check | 05/27/2026 | 14775 | Valentino Miranda | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -1,668.42 |
| Check | 05/27/2026 | 14776 | Austin Moore | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -518.94 |
| Check | 05/27/2026 | 14777 | Jeffrey F. Potts | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -1,308.33 |
| Check | 05/27/2026 | 14778 | Orheta Rice | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -2,480.55 |
| Check | 05/27/2026 | 14779 | William Steinwart | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -264.13 |
| Check | 05/27/2026 | 14780 | Fabian L. Villegas | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -63.51 |
| Check | 05/27/2026 | 14781 | Joshua Dworsky | Pay Period: 5/10/26 - 5/24/26 | 66025 · Independent Contractor (1099) | -720.28 |
| Check | 05/27/2026 | 14782 | Alexis Rudolph | Pay Period: 5/10/26 - 5/24/26 | 66025 · Independent Contractor (1099) | -635.28 |
| Check | 05/27/2026 | 14783 | Matthew Vannice | Pay Period 5/10/26 - 5/24/26 | 66025 · Independent Contractor (1099) | -367.64 |
| Check | 05/27/2026 | 14784 | Lisa-Marie Woods | Pay Period: 5/10/26 - 5/24/26 | 66000 · Payroll | -720.28 |
| Check | 05/27/2026 | 14785 | Justin Drunil | Pay Period: 5/10/26 - 5/24/26 | 66025 · Independent Contractor (1099) | -1,500.00 |
| Check | 05/27/2026 | 14786 | Ethan Townsend | Pay Period 5/10/26 - 5/24/26 | 66000 · Payroll | -361.16 |
| General Journal | 05/31/2026 | FJ2024-260 | | Balance Adjustment | 66900 · Reconciliation Discrepancies | -354.00 |
| Check | 05/31/2026 | | | Service Charge | 60400 · Bank Service Charges | -10.00 |
| Check | 06/01/2026 | 14787 | Cogency Global Inc | 1023011861 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14788 | Cogency Global Inc | 1023011862 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14789 | Cogency Global Inc | 1023011863 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14790 | Cogency Global Inc | 102301873 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14791 | Cogency Global Inc | 102301874 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14792 | Cogency Global Inc | 102301870 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14793 | Cogency Global Inc | 102301880 | 61000 · Business Licenses and Permits | -60.00 |
| Check | 06/01/2026 | 14794 | Cogency Global Inc | 102284619 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14795 | Cogency Global Inc | 102284620 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14796 | Cogency Global Inc | 102284621 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14797 | Cogency Global Inc | 102284622 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14798 | Cogency Global Inc | 102284623 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14799 | Cogency Global Inc | 102284624 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14800 | Cogency Global Inc | 102284625 | 61000 · Business Licenses and Permits | -125.00 |
| Check | 06/01/2026 | 14801 | 4Rivers Equipment | Contract#158748 / inv 1939538 | 62550 · Equipment rental | -362.21 |
| Check | 06/01/2026 | 14802 | Cardmember Services | Acct# 8852 - Jeff Katofsky | 14501 · Capitalized Building Costs | -16,000.00 |

9:26 AM
08/17/26
Accrual Basis

**FUTURE LEGENDS, LLC**
## General Ledger
**As of July 31, 2026**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 06/01/2026 | 14803 | highland high school | Owlz | 67100 · Rent Expense | -1,000.00 |
| Check | 06/01/2026 | 14804 | Jack Sctorti, esq | VOID: sanctionc | 66710 · Legal Fees | 0.00 |
| Deposit | 06/01/2026 | | | Deposit | 24200 · Katofsky loan | 30,000.00 |
| Deposit | 06/01/2026 | | | Deposit | 24200 · Katofsky loan | 225.62 |
| General Journal | 06/01/2026 | FJ2024-263 | | | credit processing fee | -69.05 |
| General Journal | 06/01/2026 | FJ2024-263 | | | credit processing fee | -40.00 |
| Check | 06/03/2026 | 14805 | Xcel Energy | 53-0013475534-6 | 68600 · Utilities | -2,913.28 |
| Deposit | 06/03/2026 | | | Deposit | 24200 · Katofsky loan | 6,000.00 |
| Check | 06/04/2026 | 14806 | Vulcan Fire | Inv# s12472380w | 63301 · Commercial Package | -80.00 |
| Check | 06/04/2026 | 14807 | Xcel Energy | 53-0014691965-6 | 68600 · Utilities | -192.53 |
| Check | 06/04/2026 | 14808 | Comcast - 3432 | Acct#8497700750693432 | 68600 · Utilities | -575.79 |
| Deposit | 06/09/2026 | | | Deposit | 60000 · Advertising and Promotion | 1,500.00 |
| Deposit | 06/09/2026 | | | Deposit | 42405 · Rent income | 2,657.50 |
| General Journal | 06/09/2026 | FJ2024-264 | | | 24200 · Katofsky loan | -1,000.00 |
| Check | 06/11/2026 | 14809 | Roman Avila | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -228.97 |
| Check | 06/11/2026 | 14810 | Davian Breese | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,526.21 |
| Check | 06/11/2026 | 14811 | Kelly Brown | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -2,787.62 |
| Check | 06/11/2026 | 14812 | Colin Falvey | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -2,697.91 |
| Check | 06/11/2026 | 14813 | isabella ficca | 5/25/26 - 6/9/26 | 66100 · Salaries (Net) | -135.33 |
| Check | 06/15/2026 | 14814 | Jason Ficca | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -6,318.12 |
| Check | 06/15/2026 | 14815 | Jordan Freemyer | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,094.06 |
| Check | 06/15/2026 | 14816 | Adrian J. Garcia Clark | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,387.69 |
| Check | 06/15/2026 | 14817 | Allyn Herrington | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -186.91 |
| Check | 06/15/2026 | 14818 | Bernard Issa | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -4,134.64 |
| Check | 06/15/2026 | 14819 | Cassandra Jahn | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -2,936.19 |
| Check | 06/15/2026 | 14820 | Jonathan Jerome | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,033.43 |
| Check | 06/15/2026 | 14821 | Mason Martinez | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,555.56 |
| Check | 06/15/2026 | 14822 | Valentino Miranda | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,961.06 |
| Check | 06/15/2026 | 14823 | Austin Moore | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -452.99 |
| Check | 06/15/2026 | 14824 | Jeffrey F. Potts | Pay Period: 5/25/26 - 6/9/26 | 66000 · Payroll | -1,467.27 |
| Check | 06/15/2026 | 14825 | Dominik Rice | Pay Period: 5/25/26 - 6/09/26 | 66000 · Payroll | -162.62 |
| Check | 06/15/2026 | 14826 | Orhela Rice | Pay Period: 5/25/26 - 6/09/26 | 66000 · Payroll | -2,480.55 |
| Check | 06/15/2026 | 14827 | William Steinwart | Pay Period: 5/25/26 - 6/09/26 | 66000 · Payroll | -327.42 |
| Check | 06/15/2026 | 14828 | Fabian L. Villegas | Pay Period: 5/25/26 - 6/09/26 | 66000 · Payroll | -108.04 |
| Check | 06/15/2026 | 14829 | Justin Drunil | Pay Period: 5/10/26 - 5/24/26 | 66025 · Independent Contractor (1099) | -1,500.00 |
| Check | 06/15/2026 | 14830 | Henry Novicki | | 66025 · Independent Contractor (1099) | -750.00 |
| Check | 06/15/2026 | 14831 | Ethan Townsend | Pay Period: 5/25/26 - 6/09/26 | 66000 · Payroll | -361.16 |
| Check | 06/15/2026 | 14832 | Northridge High School Soccer | | 67100 · Rent Expense | -1,000.00 |
| Check | 06/15/2026 | 14833 | wm corporate services | 5562568-2534-1 | 68600 · Utilities | -105.16 |
| Check | 06/15/2026 | 14834 | Complete Container Services | Cust# 0041308 \ Inv# 3006540 | 62550 · Equipment rental | -117.21 |
| Check | 06/15/2026 | 14835 | Xcel Energy | 53-0013956150-2 | 68600 · Utilities | -864.01 |
| Check | 06/15/2026 | 14836 | Xcel Energy | 53-0014558741-4 | 68600 · Utilities | -77.45 |
| Check | 06/15/2026 | 14837 | Xcel Energy | 53-0014376864-6 | 68600 · Utilities | -261.89 |
| Check | 06/15/2026 | 14838 | Xcel Energy | VOID: 53-0013475534-6 | 68600 · Utilities | 0.00 |
| Check | 06/15/2026 | 14839 | BMO Bank N.A. | 0914 | 64700 · Miscellaneous Expense | -3,400.00 |
| Check | 06/15/2026 | 14840 | BMO Bank N.A. | 4400 | 64700 · Miscellaneous Expense | -325.00 |
| Check | 06/15/2026 | 14841 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302328285 | 14100 · Capitalized Costs - Building | -181.99 |
| Check | 06/15/2026 | 14842 | Mobile Modular Portable Storage | Acct#526328 \Inv# 302333612 | 14100 · Capitalized Costs - Building | -182.66 |
| Deposit | 06/15/2026 | | | Deposit | 24200 · Katofsky loan | 25,000.00 |
| General Journal | 06/16/2026 | FJ2024-261 | | | 66200 · Taxes | -4,685.19 |
| Deposit | 06/18/2026 | | | Deposit | 24200 · Katofsky loan | 7,500.00 |

9:26 AM
08/17/26
Accrual Basis

# FUTURE LEGENDS, LLC
## General Ledger
As of July 31, 2026

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| General Journal | 06/22/2026 | FJ2024-262 | | | 64899 · Supplies | -500.00 |
| Deposit | 06/23/2026 | | | Deposit | 42405 · Rent income | 1,688.00 |
| Deposit | 06/23/2026 | | | Deposit | 24200 · Katofsky loan | 200.00 |
| Deposit | 06/24/2026 | | | Deposit | 24200 · Katofsky loan | 4,000.00 |
| Deposit | 06/25/2026 | | | VOID: Deposit | 13550 · Transfer | 0.00 |
| Check | 06/27/2026 | 14843 | Mobile Modular Portable Storage | VOID: Acct#526328 \Inv# 302307526 | 14100 · Capitalized Costs - Building | 0.00 |
| Deposit | 06/29/2026 | | | Deposit | -SPLIT- | 20,000.00 |
| Check | 06/30/2026 | 14844 | Mobile Modular Portable Storage | VOID: Acct#526328 \Inv# 302306943 | 14100 · Capitalized Costs - Building | 0.00 |
| Check | 06/30/2026 | 14845 | Mobile Modular Portable Storage | VOID: Acct#526328 \Inv# 302325745 | 14100 · Capitalized Costs - Building | 0.00 |
| Check | 06/30/2026 | 14846 | berg, hill et al | VOID: sanctions | 66710 · Legal Fees | 0.00 |
| Check | 06/30/2026 | 14847 | Southwest Mobile Storage Inc | Cust ID# C35427 \ Inv# RI1466811 | 67300 · Storage | -157.39 |
| Check | 06/30/2026 | 14848 | Complete Container Services | Cust# 0041308 \ Inv# 3008274 | 62550 · Equipment rental | -117.21 |
| Check | 06/30/2026 | 14849 | Cardmember Services | Acct# 8852 - Jeff Katofsky | 14501 · Capitalized Building Costs | -500.00 |
| Check | 06/30/2026 | 14850 | Cardmember Services | VOID: Acct# 8852 - Jeff Katofsky | 14501 · Capitalized Building Costs | 0.00 |
| Check | 06/30/2026 | 14851 | Town of Windsor-Utility | VOID: Acct#042301-002 | 68600 · Utilities | 0.00 |
| Check | 06/30/2026 | 14852 | Town of Windsor-Utility | VOID: Acct#042301-002 | 68600 · Utilities | 0.00 |
| Check | 06/30/2026 | 14853 | Checkmark Commercial Cleaning | Inv# 26430 | 61500 · Cleaning | -37.50 |
| Check | 06/30/2026 | 14854 | Mobile Modular Portable Storage | VOID: Acct#526328 \Inv# 302340932 | 14100 · Capitalized Costs - Building | 0.00 |
| Check | 06/30/2026 | 14855 | Mobile Modular Portable Storage | VOID: Acct#526328 \Inv# 302337613 | 14100 · Capitalized Costs - Building | 0.00 |
| Check | 06/30/2026 | 14856 | Gibbs Dye LLP | VOID: Inv# 5568 | 66710 · Legal Fees | 0.00 |
| Check | 06/30/2026 | 14857 | Gibbs Dye LLP | VOID: Inv# 5295 | 66710 · Legal Fees | 0.00 |
| Check | 06/30/2026 | 14858 | The Tipton Law Firm, P.C. | VOID: Inv# FL2502 | 66710 · Legal Fees | 0.00 |
| Check | 06/30/2026 | 14859 | Cogency Global Inc | 102284625 | 61000 · Business Licenses and Permits | -358.75 |
| Check | 06/30/2026 | 14860 | Complete Container Services | Cust# 0041308 \ Inv# 3007359 | 62550 · Equipment rental | -117.21 |
| Check | 06/30/2026 | 14861 | Complete Container Services | Cust# 0041308 \ Inv# 3006540 | 62550 · Equipment rental | -117.21 |
| Check | 06/30/2026 | 14862 | Justin Drunil | Pay Period: 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -1,500.00 |
| Check | 06/30/2026 | 14863 | Henry Novicki | 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -750.00 |
| Check | 06/30/2026 | 14864 | Ethan Townsend | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -361.16 |
| Check | 06/30/2026 | 14865 | Joshua Dworsky | Pay Period: 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -720.28 |
| Check | 06/30/2026 | 14866 | Alexis Rudolph | Pay Period 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -635.28 |
| Check | 06/30/2026 | 14867 | Matthew Vannice | Pay Period: 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -367.64 |
| Check | 06/30/2026 | 14868 | Lisa-Marie Woods | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -720.28 |
| Check | 06/30/2026 | 14869 | Roman Avila | Pay Period 6/10/26 - 6/24/26 | 66000 · Payroll | -349.02 |
| Check | 06/30/2026 | 14870 | Davian Breese | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -1,287.78 |
| Check | 06/30/2026 | 14871 | Kelly Brown | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -3,199.36 |
| Check | 06/30/2026 | 14872 | Colin Falvey | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -3,115.62 |
| Check | 06/30/2026 | 14873 | isabella ficca | 6/10/26 - 6/24/26 | 66100 · Salaries (Net) | -170.96 |
| Check | 06/30/2026 | 14874 | Jason Ficca | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -5,226.53 |
| Check | 06/30/2026 | 14875 | Jordan Freemyer | Pay Period 6/10/26 - 6/24/26 | 66000 · Payroll | -1,047.67 |
| Check | 06/30/2026 | 14876 | Adrian J. Garcia Clark | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -1,297.33 |
| Check | 06/30/2026 | 14877 | Allyn Herrington | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -92.02 |
| Check | 06/30/2026 | 14878 | Bernard Issa | Pay Period 6/10/26 - 6/24/26 | 66000 · Payroll | -4,134.64 |
| Check | 06/30/2026 | 14879 | Cassandra Jahn | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -2,834.55 |
| Check | 06/30/2026 | 14880 | Mason Martinez | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -1,025.64 |
| Check | 06/30/2026 | 14881 | Valentino Miranda | Pay Period 6/10/26 - 6/24/26 | 66000 · Payroll | -1,914.60 |
| Check | 06/30/2026 | 14882 | Jeffrey F. Potts | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -1,456.27 |
| Check | 06/30/2026 | 14883 | Dominik Rice | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -113.00 |
| Check | 06/30/2026 | 14884 | Orheta Rice | Pay Period 6/10/26 - 6/24/26 | 66000 · Payroll | -2,480.56 |
| Check | 06/30/2026 | 14885 | William Steinwart | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -269.28 |
| Check | 06/30/2026 | 14886 | Fabian L. Villegas | Pay Period: 6/10/26 - 6/24/26 | 66000 · Payroll | -87.27 |
| General Journal | 06/30/2026 | FJ2024-265 | | Balance Adjustment | 66900 · Reconciliation Discrepancies | 10.00 |

9:26 AM
08/17/26
Accrual Basis

# FUTURE LEGENDS, LLC
## General Ledger
### As of July 31, 2026

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 06/30/2026 | | | Service Charge | 60400 · Bank Service Charges | -50.00 |
| Deposit | 07/07/2026 | | | Deposit | -SPLIT- | 16,000.00 |
| Deposit | 07/09/2026 | | | Deposit | 24200 · Katofsky loan | 2,500.00 |
| Check | 07/13/2026 | 14887 | Complete Container Services | Cust# 0041308 \ Inv# 3007359 | 62550 · Equipment rental | -117.21 |
| Check | 07/13/2026 | 14888 | Checkmark Commercial Cleaning | Inv# 26446 | 61500 · Cleaning | -37.50 |
| Check | 07/13/2026 | 14889 | Xcel Energy | 53-1103956150-2 | 68600 · Utilities | -566.55 |
| Check | 07/13/2026 | 14890 | Xcel Energy | 53-0014558741-4 | 68600 · Utilities | -68.63 |
| Check | 07/13/2026 | 14891 | Xcel Energy | 53-0014376864-8 | 68600 · Utilities | -256.63 |
| Check | 07/13/2026 | 14892 | FedEx | Acct# 2083-5710-8 | 66500 · Postage and Delivery | -10.95 |
| Check | 07/13/2026 | 14893 | BMO Bank N.A. | 4409 | 64700 · Miscellaneous Expense | -271.37 |
| Check | 07/13/2026 | 14894 | BMO Bank N.A. | 0914 | 64700 · Miscellaneous Expense | -500.00 |
| General Journal | 07/13/2026 | FJ2024-267 | | | 64899 · Supplies | -300.00 |
| Deposit | 07/13/2026 | | | Deposit | 24200 · Katofsky loan | 3,000.00 |
| Check | 07/15/2026 | 14895 | Roman Avila | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -335.14 |
| Check | 07/15/2026 | 14896 | Davian Breese | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -1,375.04 |
| Check | 07/15/2026 | 14897 | Kelly Brown | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -1,723.79 |
| Check | 07/15/2026 | 14898 | Colin Falvey | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -2,697.91 |
| Check | 07/15/2026 | 14899 | isabella ficca | 6/25/26 - 7/9/26 | 66100 · Salaries (Net) | -149.58 |
| Check | 07/15/2026 | 14900 | Jason Ficca | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -3,412.11 |
| Check | 07/15/2026 | 14901 | Jordan Freemyer | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -945.20 |
| Check | 07/15/2026 | 14902 | Adrian J. Garcia Clark | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -1,169.40 |
| Check | 07/15/2026 | 14903 | Bernard Issa | 6/25/26 - 7/9/26 | 66100 · Salaries (Net) | -4,134.65 |
| Check | 07/15/2026 | 14904 | Cassie Jahn | 6/25/26 - 7/9/26 | 66100 · Salaries (Net) | -2,834.54 |
| Check | 07/15/2026 | 14905 | Mason Martinez | Pay Period 6/25/26 - 7/9/26 | 66000 · Payroll | -1,277.91 |
| Check | 07/15/2026 | 14906 | Valentino Miranda | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -1,958.71 |
| Check | 07/15/2026 | 14907 | Austin Moore | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -473.84 |
| Check | 07/15/2026 | 14908 | Jeffrey F. Potts | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -1,455.85 |
| Check | 07/15/2026 | 14909 | Orheta Rice | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -2,480.56 |
| Check | 07/15/2026 | 14910 | William Steinwart | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -192.00 |
| Check | 07/15/2026 | 14911 | Fabian L. Villegas | Pay Period: 6/25/26 - 7/9/26 | 66000 · Payroll | -187.35 |
| Check | 07/15/2026 | 14912 | Justin Drunil | Pay Period: 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -1,500.00 |
| Check | 07/15/2026 | 14913 | Henry Novicki | 6/10/26 - 6/24/26 | 66025 · Independent Contractor (1099) | -1,500.00 |
| Deposit | 07/15/2026 | | | Deposit | 24200 · Katofsky loan | 10,000.00 |
| Deposit | 07/15/2026 | | | Deposit | 24200 · Katofsky loan | 8,000.00 |
| Deposit | 07/16/2026 | | | Deposit | 24200 · Katofsky loan | 2,500.00 |
| Deposit | 07/17/2026 | | | Deposit | 24200 · Katofsky loan | 10,000.00 |
| General Journal | 07/22/2026 | FJ2024-266 | | | 66000 · Payroll | -1,500.00 |
| Deposit | 07/22/2026 | | | Deposit | 24200 · Katofsky loan | 1,200.00 |
| Deposit | 07/23/2026 | | | Deposit | 24200 · Katofsky loan | 500.00 |
| Check | 07/30/2026 | 14914 | Davian Breese | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -1,391.63 |
| Check | 07/30/2026 | 14915 | Kelly Brown | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -1,723.78 |
| Check | 07/30/2026 | 14916 | Christopher Carmon | Pay Period 7/10/26 - 7/24/26 | 66000 · Payroll | -180.00 |
| Check | 07/30/2026 | 14917 | Colin Falvey | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -2,697.91 |
| Check | 07/30/2026 | 14918 | isabella ficca | 7/10/26 - 7/24/26 | 66100 · Salaries (Net) | -142.46 |
| Check | 07/30/2026 | 14919 | Jason Ficca | Pay Period 7/10/26 - 7/24/26 | 66000 · Payroll | -5,021.53 |
| Check | 07/30/2026 | 14920 | Jordan Freemyer | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -1,116.50 |
| Check | 07/30/2026 | 14921 | Adrian J. Garcia Clark | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -1,204.15 |
| Check | 07/30/2026 | 14922 | Bernard Issa | 7/10/26 - 7/24/26 | 66100 · Salaries (Net) | -4,134.64 |
| Check | 07/30/2026 | 14923 | Cassandra Jahn | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -2,834.55 |
| Check | 07/30/2026 | 14924 | Mason Martinez | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -1,175.15 |
| Check | 07/30/2026 | 14925 | Valentino Miranda | Pay Period 7/10/26 - 7/24/26 | 66000 · Payroll | -1,878.42 |

9:26 AM
08/17/26
Accrual Basis

**FUTURE LEGENDS, LLC**
## General Ledger
**As of July 31, 2026**

| | Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|---|
| | Check | 07/30/2026 | 14926 | Jeffrey F. Potts | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -1,455.04 |
| | Check | 07/30/2026 | 14927 | Orheta Rice | Pay Period: 7/10/26 - 7/24/26 | 66000 · Payroll | -2,480.56 |
| | Check | 07/30/2026 | 14928 | William Steinwart | Pay Period 7/10/26 - 7/24/26 | 66000 · Payroll | -129.32 |
| | General Journal | 07/31/2026 | FJ2024-273 | | Balance Adjustment | 66900 · Reconciliation Discrepancies | 6,862.35 |
| | Check | 07/31/2026 | | | Service Charge | 60400 · Bank Service Charges | -110.00 |
| Total 10005 · Bank of America *4836 | | | | | | | -26,642.36 |

| Litigation | Status | Counsel | Topic |
|---|---|---|---|
| Unique Funding Solutions LLC v Future Legends, LLC, et al<br>District Court of Appeal, Florida 4th District, 110 S Tamarind Ave, West Palm Beach FL 33401<br>CACE25008559 (State Court)<br>4D2026-1288 (appeal) | Judgment (on appeal) | Lieberman and Klestzick, LLP<br>Abraham Jacob Jeger, Esq<br>633 NE 167th Street - Suite 1218<br>North Miami Beach FL 33162<br>jeger@landklegal.com | contract collection |
| Future Legends, LLC, ,et al v Town of Windsor<br>Weld County, District Court, Greeley Colorado<br>2025CV30380 | Pending | James Kadolph, Esq<br>SGR, LLC<br>3900 E Mexico Ave, Suite 700<br>Denver CO 80210 | Injunction and land use |
| Harmony Suites LLC v Future Legends, LLC<br>Weld County, District Court, Greeley Colorado<br>2026CV30058 | Pending | Michael J. Knauf, Esq<br>355 S. Teller Street, Suite 200<br>Lakewood CO 80226 | contract collection |
| Brightview Landscape Development Company, Inc v Future Legends, et al<br>Weld County, District Court, Greeley Colorado<br>2024CV30033, 2024CV30139 | Judgment | Daniel Evans, Esq<br>Gordon & Rees Scully Mansukhami LLP<br>555 17th Street, Suite 3400<br>Denver C) 80202 | contract collection |
| Kristin La Rue v Future Legends 5, LLC et al<br>Weld County, District Court, Greeley Colorado<br>2025CV31175 | Pennding | Laurence M. Schneifer, Esq<br>9605 S Kingston Ct., Suite 250<br>Englewood CO 80112 | Personal Injury (insurance handling) |
| Exchange Bank v Future Legends, LLC<br>Weld County, District Court, Greeley Colorado<br>2024CV30586 | Judgment | Lara J Depetro, Esq<br>Woods Aitken LLP<br>4582 S Ulster St, Ste 1050<br>Denver CO 80237 | contract collection |
| Sport Court of the Rockies, LLC v Future Legends, LLC et al<br>Weld County, District Court, Greeley Colorado<br>2024CV030419 | Judgment | Deanne Stodden, Esq<br>Messner Reeves LLP<br>Denver CO 80202 | contract collection |
| Future Legends, LLC v Qualite Sports Lighting LLC<br>USDC, District of Colorado<br>22-CV-02672-CNS-CYC | settled, pending asset | John Rolecki, Esq<br>Varnum<br>PO Box 352<br>Grand Rapids MI 49501 | contract, negligence |
| IE Connect LLC v Future Legends, LLC<br>6th Judicial District Oakland County, Michigan<br>2025-219654-CB | Judgment | Kim Thomas Capello, Esq<br>26444 Taft Road<br>Novi, Michigan 48375 | contract collection |

| | | | |
|---|---|---|---|
| Levy Premium Foodservice v Future Legends, LLC<br>USDC, District of Colorado<br>1:24-CV-02226-RMR-KAS | Pending | Alissa Brice Casteneda, Esq<br>Dorsey & Whitney LLP<br>2325 E Camelback Road, Suite 300<br>Phoenix AZ 85016 | contract collection |
| Coloscapes Concrete, et al v Future Legends, LLC<br>Weld County, District Court, Greeley Colorado<br>2023CV030946<br>2024CV30139<br>2024CV30033<br>2024CV30470 | Pending | see attached | liens, contracts |
| Onset Financial Inc v Fututre Legends, LLC<br>USDC, Salt Lake City Utah<br>2409002 429334 | judgment | Gregory Roberts, Esq<br>36 S State Street, Suite 1400<br>Salt Lake City Utah 84111 | contract collection |
| Pinnacol Assurance v Future Legends, LLC<br>Weld County, District Court, Greeley Colorado<br>25CV32607 | judgment | J. Gregor McAuliffe, Esq<br>10901 West 120th Ave, Suite 130<br>Broomfield CP 80021 | contract collection |
| Equipmentshare.com inc v Fututre Legends<br>Circuit Court, Boone County Missouri<br>26BA-CV00803 | judgment | Stephen C. Kassing<br>5710 Bull Run<br>Columbia MO 65201 | contract collection |

| NAME | EMAIL | OPPOSE | AGREE |
|---|---|---|---|
| AAA Waterproofing Front Range Inc. | mogburn@mac-legal.com | | |
| Air Comfort Inc. | kstrauss@galvanize.law sswanson@galvanize.law | | |
| Artistic Caulking, Inc. | NO ATTY | | |
| Ascent Realty Partners, Inc. | NO ATTY | | |
| Brightview Landscape Development, Inc. | deevans@grsm.com | | |
| Coloscapes Concrete, Inc. | kgeorge@woodsaitken.com | | |
| Commercial Plumbing Inc | jim@coloradolawgroup.com brenten@coloradolawgroup.com | | |
| Consolidated Electrical Distributors, Inc. | rhw@rhwinterlaw.com | NO POSITION | NO POSITION |
| *Cordes and Company LLP*RECEIVER | mfaga@markuswilliams.com jsalisbury@markuswilliams.com | | |
| Daktronics, Inc | mathey@jbplegal.com | | |
| Equipmentshare.com Inc | mling@atllp.com | | |
| Equity Trust LLC | NO ATTY | | |
| Front Range Fire Protection Inc | NO ATTY | | |
| Galloway And Company Inc. | jriley@montgomerylittle.com shendon@montgomerylittle.com | | |
| High Plains Steel Services LLC | ldepetro@woodsaitken.com kgeorge@woodsaitken.com | NO POSITION | NO POSITION |
| Ignite Assignees | lchoi@swlaw.com jsnow@swlaw.com | | |
| Ignite Funding LLC | lchoi@swlaw.com jsnow@swlaw.com | | |
| Jaco General Contractor Inc | jps@bhgrlaw.com shane.oconnor@bhgrlaw.com | NO POSITION | NO POSITION |
| *Michael L Staheli*RECEIVER | NO ATTY | | |
| Phaze Concrete Inc | glindsay@murphydecker.com elee@murphydecker.com | | |
| Pinnacle Electric Inc | ldepetro@woodsaitken.com kgeorge@woodsaitken.com | NO POSITION | NO POSITION |
| Pinnacle Electric Inc of Arkansas | ldepetro@woodsaitken.com kgeorge@woodsaitken.com | NO POSITION | NO POSITION |

| | | | |
|---|---|---|---|
| **Preferred Trust Company LLC** | lchoi@swlaw.com<br>jsnow@swlaw.com<br>mconversa@swlaw.com | | |
| **Productive Electric LLC** | lucy.walker@hbcboulder.com<br>keith.edwards@hbcboulder.com<br>ken.robinson@hbcboulder.com | | |
| **Qed Inc** | **NO ATTY** | | |
| **Reliance Electric Inc** | **NO ATTY** | | |
| **Rite Hand Construction Inc** | dmaya@peak1.law ** | | |
| **Second Street Capital LLC** | alex.gunning@stinson.com<br>colin.quinn@stinson.com | | |
| **Sport Court of the Rockies LLC** | dstodden@messner.com | | |
| **Sprinturf LLC** | **NO ATTY** | | |
| **Sunbelt Rentals Inc** | beikenberry@cityparklegal.com | | |
| **Techline Sports Lighting LLC** | dhutchinson@ottenjohnson.com | | |
| **Tony Carlin** | ldepetro@woodsaitken.com<br>kgeorge@woodsaitken.com<br>krogers@woodsaitken.com | **NO POSITION** | **NO POSITION** |
| **Town of Windsor** | dmoney@windsorgov.com<br>eblieszner@wsmtlaw.com<br>mnadel@wsmtlaw.com | **NO POSITION** | **NO POSITION** |
| **Us Eagle Federal Credit Union** | jwooll@spencerfane.com<br>dmiller@spencerfane.com<br>cleinbaugh@spencerfane.com | | **XXX** |
| **Weld County Public Trustee** | **NO ATTY** | | |